478 A.2d 92

Commonwealth v. Cook, Appellant.

Submitted March 23, 1984.

Richard S. Levine, Assistant Public Defender, for appellant; Melinda G. Tell, Assistant District Attorney, for appellees.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Judgment of sentence vacated; case remanded for further proceedings. Jurisdiction is relinquished.